AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Digital, Magnetic and Electronic Storage Devices Seized from 602 Saint Georges Station Road, Reisterstown, Maryland
and located at 601 4th Street, N.W., Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 08-390-M-01

TO: __Daniel M. Bradley__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Daniel M. Bradley_ who has reason to believe that
(name, description and or location)

   within certain digital, magnetic and electronic storage devices described more fully in the affidavit attached hereto and incorporated by reference herein

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

evidence ☐ ☐ ☐ See Attachment A which is attached hereto and incorporated by reference herein

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _Jun 27, 2008_
                                                       (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 1 7 2008

Date and Time Issued   JOHN M. FACCIOLA
                       U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

_[signature]_

Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED  6/17/2008 | DATE AND TIME WARRANT EXECUTED  6/18/2008 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH  See below |
| INVENTORY MADE IN THE PRESENCE OF SARAH REED rg: 6/13/2008 Consent Search | | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Items were taken/seized via consent search on 6/13/2008. Items have been listed/described in the ~~affidavit~~ *Attachment B* pursuant to this search warrant.

This search warrant is served on the computer equipment in the possession of the FBI.

See ATTACHMENT (B)

**FILED**

JUL 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    7/8/08
U.S. Judge or U.S. Magistrate Judge    Date

